CAROL RAINES and      NUMBER 634,498 SECTION A
ENOCH RAINES

VERSUS      1ST JUDICIAL DISTRICT COURT

DEBRA J. BOONE a/k/a DEBRA J.
WASHINGTON, SNL DISTRIBUTION
SERVICES CORPORATION,
THE TRAVELERS INDEMNITY CO.      CADDO PARISH
OF CONNECTICUT, & ABC      STATE OF LOUISIANA
INSURANCE COMPANY.

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, **CAROL RAINES and ENOCH RAINES,** persons of the full age of majority and domiciled in the state of Georgia, respectfully represents:

**1.**

First named Defendant is **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON**, an individual of the full age of majority and resident domiciled at 2713 Alabama Avenue in Shreveport, Caddo Parish, State of Louisiana.

**2.**

Second named Defendant is **SNL DISTRIBUTION SERVICES CORPORATION**, a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Capitol Corporate Services, Inc., at 8550 United Plaza Building II, Ste., 305 in Baton Rouge, Louisiana 70809.

**3.**

Third named Defendant is **THE TRAVELERS INDEMNITY CO. OF CONNECTICUT**, a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its agent for service of process, Louisiana Secretary of State, at 8585 Archives Avenue in Baton Rouge, Louisiana 70809.

**4.**

Fourth named Defendant is **ABC INSURANCE COMPANY**, who, upon information and belief, may have a policy of liability, excess, or umbrella insurance covering Defendants **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** and/or **SNL DISTRIBUTION**

1



Caddo Parish $1000   634498
Filed Dec 28, 2021 4:35 PM   A
Alexis Cole
Deputy Clerk of Court
E-File Received Dec 28, 2021 4:32 PM

EXHIBIT A

**SERVICES CORPORATION** and/or Plaintiffs, **CAROL RAINES and ENOCH RAINES** for the damages complained of herein. The exact provisions of said policy are currently unknown to the plaintiff and best known to defendants and are specifically pled herein as if copied *in extenso*.

5.

Venue is proper in First Judicial District Court pursuant to La. C.C.P. Art. 42 as the Defendant is **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** is domiciled in Shreveport, Cadddo Parish, Louisiana.

6.

Defendants are jointly, severally, and *in solido* liable to Plaintiffs for the damages complained of herein for the following reasons, to wit:

7.

On or about January 11, 2021, Plaintiff, **CAROL RAINES** operated a 2019 Volvo commercial motor vehicle with her husband, Plaintiff **ENOCH RAINES,** traveling west on Interstate 20 in Webster Parish, Louisiana.

8.

At the same time, Defendant **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** operated a 2017 Mack tractor-trailer behind Plaintiffs, **CAROL RAINES and ENOCH RAINES.**

9.

Suddenly and without warning, Defendant **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** got distracted by a message alert, looked down to read the message, and collided with the rear of the vehicle occupied by Plaintiffs, **CAROL RAINES and ENOCH RAINES.**

10.

The collision was so severe that the 2017 Mack tractor detached from its trailer and became engulfed in flames.

EXHIBIT A

11.

At all material times herein, Plaintiffs, **CAROL RAINES and ENOCH RAINES**, aver that Defendant **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** was in the course and scope of her employment with Defendant **SNL DISTRIBUTION SERVICES CORPORATION** and specifically pleads the doctrine of *respondeat superior*.

12.

At the time of the collision, Defendant **SNL DISTRIBUTION SERVICES CORPORATION** was insured by a liability insurance policy in full force and effect with Defendant **THE TRAVELERS INDEMNITY CO. OF CONNECTICUT** that provided coverage for the damages claimed herein, which inures to the benefit of Plaintiffs, **CAROL RAINES and ENOCH RAINES**.

13.

Plaintiffs, **CAROL RAINES and ENOCH RAINES**, aver that they in no way contributed to the collision, were in no way negligent, and had no opportunity to avoid the impact by the tractor-trailer driven by Defendant **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON**.

14.

Plaintiffs, **CAROL RAINES and ENOCH RAINES**, further aver that Defendants **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** and **SNL DISTRIBUTION SERVICES CORPORATION** were negligent and/or at fault under La. C.C. articles 2315, 2315.6, 2316, 2317, 2317.1, 2320, and/or other provisions of Louisiana laws for the reasons stated herein or as may be established at trial of this matter.

15.

That the proximate cause of the damages sustained by Plaintiffs, **CAROL RAINES and ENOCH RAINES** was the negligence, recklessness, inattention, and gross carelessness of the Defendant **DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON** in the following particulars:

(A) Failure to maintain proper lookout while operating a tractor-trailer;
(B) Violation of Federal Motor Carrier Safety Act regulations, such as 49 C.F.R. §§ 390.5 and 392.80, which prohibit reading messages in the operation of a tractor-trailer;

EXHIBIT A

- (C) Followed too closely in violation of La. R.S. § 32:81;
- (D) Failure to keep the tractor-trailer under proper control;
- (E) Distracted while operating a tractor-trailer;
- (F) Operated a tractor-trailer in a reckless and careless manner without due regard for the motoring public;
- (G) Failure to see what she should have seen;
- (H) Failure to exercise caution in the operation of a tractor-trailer;
- (I) Failure to drive or act as a reasonable and prudent driver; and
- (J) Any and all acts of negligence, omission(s), and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and/or ordinances.

**16.**

In addition to the negligence alleged heretofore, Plaintiffs, **CAROL RAINES and ENOCH RAINES**, aver that a substantial cause of the collision was the fault and/or negligence of Defendant **SNL DISTRIBUTION SERVICES CORPORATION** in the following non-exclusive particulars:

- (A) Requiring tractor-trailer drivers to monitor on-board messages in violation of Federal Motor Carrier Safety Act regulations, such as 49 C.F.R. §§ 390.5 and 392.80, which prohibit reading messages in the operation of a tractor-trailer;
- (B) Failure to provide proper driver training;
- (C) Failure to employ a safe and competent drivers;
- (D) Failure to properly supervise, instruct, and train its drivers;
- (E) Failure to maintain the tractor-trailer in proper condition and working order;
- (F) Failure to submit the tractor-trailer to routine inspection and maintenance; and
- (G) Any and all acts of negligence, omission(s), and/or legal fault that shall be discovered and shown at the time of this trial, including violations of federal, state, and parish traffic regulations and/or ordinances.

**17.**

Plaintiffs, **CAROL RAINES and ENOCH RAINES**, seek damages against Defendants, jointly, severally and *in solido,* that are reasonable for all personal injuries and other damages sustained, including but not limited to:

- (A) Past, present and future medical expenses;
- (B) Past, present and future physical pain and suffering and loss of function;
- (C) Past, present and future mental pain and suffering, including, but not limited to, mental anguish and emotional distress, anxiety, embarrassment and humiliation – past, present and future;
- (D) Permanent disability;
- (E) Loss of enjoyment of life;
- (F) Lost past, present, and future earnings and/or earning capacities;
- (G) Loss of consortium; and
- (H) All other damages permitted by law and equity which may be discovered hereafter and proven at trial.

EXHIBIT A

**18.**

Plaintiffs reserve the right to amend and supplement this Petition as additional evidence and facts are uncovered during the course of discovery and through trial.

**WHEREFORE,** Plaintiffs, **CAROL RAINES and ENOCH RAINES**, pray that defendants be cited and served with a copy of this Petition, to appear and answer same and, after all legal delays, due proceedings are held and a jury trial on the merits is conducted, that there be judgment in favor of the plaintiff and against the defendants regarding the acts and failures to act alleged herein. Furthermore, plaintiffs pray for a judgment against all defendants finding them jointly, severally and *in solido* liable, for all damages, legal interest from date of judicial demand, attorneys fees, all costs and expenses, and all other relief allowed to them under law or equity pled herein, and at the conclusion of these proceedings that costs be paid by the defendants.

Respectfully submitted, this 28th day of December 2021.

**STEVEN N. NEWTON, LLC**

*/s/Steven N. Newton*
**STEVEN N. NEWTON**
Louisiana Bar No. 35536
Attorney for Plaintiffs

401 Westpark Court, Suite 200
Peachtree City, Georgia 30269
Phone: 678-837-6398
Facsimile: 678-831-0707
Email: steven@mynewtonlaw.com
        snnewtonlaw@gmail.com

**PLEASE SERVE ALL DEFENDANTS:**
**DEBRA J. BOONE a/k/a DEBRA J. WASHINGTON**
2713 Alabama Avenue
Shreveport, Caddo Parish, Louisiana 71109

**SNL DISTRIBUTION SERVICES CORPORATION**
through its agent for service of process, Capitol Corporate Services, Inc.,
8550 United Plaza Building II, Ste., 305
Baton Rouge, Louisiana 70809

**THE TRAVELERS INDEMNITY CO. OF CONNECTICUT**
through its agent for service of process, Louisiana Secretary of State,
8585 Archives Avenue
Baton Rouge, Louisiana 70809.

EXHIBIT A

sharonn                                                                CPCC.CV.3082591

# Citation

CAROL RAINES ET AL                    NO. 634498– A
VS                                    STATE OF LOUISIANA
DEBRA J BOONE AKA ET AL               PARISH OF CADDO
                                      FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   DEBRA J BOONE AKA DEBRA J WASHINGTON
                              2713 ALABAMA AVE
                              SHREVEPORT, LA 71109

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 29, 2021.

*Also attached are the following:                **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _____

_____                                                    Deputy Clerk


                                              _____STEVEN N NEWTON_____
                                                            Attorney

**FILE COPY**

EXHIBIT A

sharonn                                                                                                                                                                CPCC.CV.3082583

# Citation

CAROL RAINES ET AL                 NO. 634498- A
VS                                                   STATE OF LOUISIANA
DEBRA J BOONE AKA ET AL       PARISH OF CADDO
                                                                    FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:     TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
                                                     THRU HONORABLE SECRETARY OF STATE
                                                    BATON ROUGE, LA 70809

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 29, 2021.

      *Also attached are the following:             **MIKE SPENCE, CLERK OF COURT**

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS    By: _____
                                                                                                                              Deputy Clerk

                                                                                              _____ STEVEN N NEWTON _____
                                                                                                                                             Attorney

**FILE COPY**

EXHIBIT A

sharonn  CPCC.CV.3082575

# Citation

CAROL RAINES ET AL
VS
DEBRA J BOONE AKA ET AL

NO. 634498– A
STATE OF LOUISIANA
PARISH OF CADDO
FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:   SNL DISTRIBUTION SERVICES CORPORATION
THRU CAPITOL CORPORATE SERVICES INC, AGENT
8550 UNITED PLAZA BUILDING II, STE 305
BATON ROUGE, LA
70809

YOU HAVE BEEN SUED.

Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date December 29, 2021.

*Also attached are the following:

_____ REQUEST FOR ADMISSIONS OF FACTS

_____ INTERROGATORIES

_____ REQUEST FOR PRODUCTION OF DOCUMENTS

_____

**MIKE SPENCE, CLERK OF COURT**

By: _____

Deputy Clerk

_____ STEVEN N NEWTON _____

Attorney

# FILE COPY

EXHIBIT A