UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAROL RAINES, ET AL. | CIVIL ACTION NO. 22-cv-017 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEBRA J BOONE, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation (Record Document 93) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Second Motion to Remand (Record Document 74) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 6th day of July, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE